AT-138, EJ-125

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Byron Z. Moldo, Esq., SBN 109652
Howard I. Camhi, Esq., SBN 149194
Alan J. Cohen, Esq., SBN 102644
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH LLP
2029 Century Park East, 21st Floor, L.A., CA 90067
TELEPHONE NO.: (310) 551-3100  FAX NO.: (310) 551-0238
ATTORNEY FOR (Name): Plaintiff James Donnell, Federal Court Receiver

NAME OF COURT: UNITED STATES DISTRICT COURT OF CALIFORNIA
STREET ADDRESS: COURTHOUSE 3
MAILING ADDRESS: 255 E Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: EDWARD R. ROYBAL FEDERAL BUILDING

PLAINTIFF: JAMES H. DONELL, Federal Court Receiver

DEFENDANT: ENGINE CORPORATION OF AMERICA, a Delaware corporation, inclusive

FILED
CLERK U.S. DISTRICT COURT
APR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
[X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)
[X] Judgment Debtor   [ ] Third Person

CASE NUMBER: 2:04-cv-7772-R(SHx)

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Dr. Marius Paul
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: May 27, 2008  Time: 2:00pm  Dept. or Div.:  Rm.: 550
Address of court [X] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 4-24-08

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Dr. Marius Paul  to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [ ] the judgment debtor
   [X] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 22, 2008

ALAN J. COHEN
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

BYRON Z. MOLDO, SBN 109652
HOWARD I. CAMHI, SBN 149194
ALAN J. COHEN, SBN 102644
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100 • Fax: 310\ 551-0238
Email: bmoldo@mdfslaw.com
       hcamhi@mdfslaw.com
       acohen@mdfslaw.com
Attorneys for Plaintiff James Donnell,
Federal Court Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| JAMES H. DONELL, Federal Court Receiver,<br><br>  Plaintiff,<br><br>v.<br><br>ENGINE CORPORATION OF AMERICA, a Delaware corporation, inclusive,<br><br>  Defendant. | CASE NO.: 2:04-cv-7772-R (SHx)<br><br>DECLARTAION OF PETER A. DAVIDSON IN SUPPORT OF APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION |

I, **PETER A. DAVIDSON**, declare and say:

1. I am an attorney at law duly licensed to practice in all of the courts of the State of California, and am a Partner with the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, counsel for Plaintiff and Judgment Creditor herein, James H. Donell, Federal Court Receiver ("Judgment Creditor"). I know all of the following to be true of my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. On May 14, 2007, the court in the above-entitled matter entered judgment against Defendant and Judgment Debtor Engine Corporation of America, a Delaware corporation ("Judgment Debtor"), for $3,359,075.30, plus prejudgment interest in the

1

1  sum of $841,238.04, for a total of $4,200,313.30.

2      3. On June 6, 2007, I caused a "Notice of Judgment Lien" to be filed with the California Secretary of State, as Document No. 07-71167399607, a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by reference.

    4. On January 29, 2008, I sent a letter to counsel for Judgment Debtor, Harlan L. Burge, Burge & Strid, a true and correct copy of which is attached hereto as Exhibit "2" and incorporated herein by reference. My letter to him requested that he provide me with the location of Judgment Debtor's storage facility so that Judgment Creditor's liquidator could remove any items stored there, sell them, and Judgment Creditor then would credit the proceeds against the judgment.

    5. On February 11, 2008, Mr. Burge sent Howard I. Camhi, one of my partners, a letter informing him that Dr. Marius Paul, one of the principals of the Judgment Debtor, "committed the engine parts to the United States Government for a project in the United States Army tank command for experimental improvements on the Abrams tank system." A true and correct copy of this letter is attached hereto as Exhibit "3" and incorporated herein by reference.

    6. On February 22, 2008, I sent a letter to Mr. Burge regarding his February 11, 2008 letter to Mr. Camhi. In this letter, I stated to Mr. Burge that Dr. Paul's transferring the Judgment Debtor's assets constituted a fraudulent conveyance under California law, and demanded that the Judgment Debtor's remaining assets be turned over to the Judgment Creditor. A true and correct copy of my February 22, 2008 letter to Mr. Burge is attached hereto as Exhibit "4" and incorporated herein by reference.

    7. To date, I have not heard from Mr. Burge.

    8. Pursuant to the foregoing, good cause exists for the court's issuance of an Order for Dr. Paul to appear for examination pursuant to Judgment Creditor's instant Application for same. The documents which Judgment Creditor requests Dr. Paul to produce at the examination, pursuant to subpoena, will be used as an aid and are necessary to expeditiously complete the examination regarding the Judgment Debtor's

1  property. The documents requested and the information which they contain are not
2  otherwise available to a Judgment Creditor. It is necessary that the documents
3  requested be produced by Dr. Paul so that the court can ascertain the scope of the
4  Judgment Debtor's property in order that same may be ordered to be applied to the
5  satisfaction of the Judgment, pursuant to California *Code of Civil Procedure,* Section
6  708.110(d).

7      9. Pursuant to the foregoing, then, Judgment Creditor respectfully requests that
8  the court issue the instant Order to Appear for Examination.

9      I declare under penalty of perjury under the laws of the State of California and
10  of the United States of America that the foregoing is true and correct.

11      Executed on April 11, 2008, at Los Angeles, California.

                                                      PETER A. DAVIDSON